UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PROVIDENCE HEALTH & SERVICES – WASHINGTON d/b/a PROVIDENCE HOLY FAMILY HOSPITAL,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KATHLEEN SEBELIUS, Secretary, United States Department of Health and Human Services,<br><br>　　　　　　　Defendants. | NO.  CV-13-308-LRS<br><br>ORDER OF DISMISSAL |

Before the Court is the parties' Stipulated Motion for Dismissal with prejudice of this action. ECF No. 20. Having reviewed the Stipulation of Settlement and the file and pleadings herein, the Court finds good cause to approve the dismissal. Accordingly,

IT IS HEREBY ORDERED:

The parties' stipulated motion for Dismissal, ECF No. 20, is GRANTED. Plaintiff's Complaint and any and all counterclaims, if any, are DISMISSED with prejudice and without costs to any party.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and CLOSE FILE.

DATED this 25th day of June, 2014.

　　　　　　　　　　　　　　　　　*s/Lonny R. Suko*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LONNY R. SUKO
　　　　　　　　　　　　　　　　Senior United States District Judge

ORDER OF DISMISSAL - 1